District Judge Kymberly K. Evanson

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAIYI SUN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>DANIELLE LEHMAN,<br>　　　　　　Defendant. | Case No. 2:24-cv-00744-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO HOLD CASE IN ABEYANCE |

This matter comes before the Court on the parties' stipulated motion to hold case in abeyance. Dkt. No. 6. There is good cause to hold the case in abeyance until January 16, 2025. The parties shall submit a joint status report on or before January 16, 2025. It is so **ORDERED**.

DATED this 8th day of August 2024.

_____
Kymberly K. Evanson
United States District Judge