UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAIYI SUN, | CASE NO. C24-0744-KKE |
| Plaintiff, | ORDER GRANTING STIPULATED |
| v. | MOTION TO DISMISS |
| DANIELLE LEHMAN, | |
| Defendant. | |

This matter comes before the Court on the parties' stipulated motion to dismiss under Federal Rule of Civil Procedure 41(a). Dkt. No. 9. The Court GRANTS the stipulation. *Id.* This case is dismissed without prejudice, with each party to bear their own costs.

The Clerk is instructed to close the case.

Dated this 21st day of October, 2024.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION TO DISMISS - 1